# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Michael A. Hammer |
| v. | Mag. No. 21-10238 |
| ALFREDO SANCHEZ | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (Sophie E. Reiter, Assistant United States Attorney, appearing), and Defendant Alfredo Sanchez ( Genesis Peduto Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through November 1, 2021 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to explore potential plea negotiations; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are being explored, and both the United States and the defendant seek additional time to achieve successful resolution of these

negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

    (2) The defendant has consented to the aforementioned continuance;

    (3) The grant of a continuance will likely conserve judicial resources; and

    (4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 30th day of August, 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through November 1, 2021; and it is further

ORDERED that the period from the date this Order is signed through November 1, 2021 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                    s/Michael A. Hammer
                                    HONORABLE MICHAEL A. HAMMER
                                    United States Magistrate Judge

Consented to as to form and entry:

_____
Sophie E. Reiter
Assistant U.S. Attorney

_____
Genesis Peduto Esq.
Counsel for Defendant